*Jacob McCORMICK agt. JAMES J. FULLERTON. [*159]

Where defendant's attorneys had received a stipulation from plaintiff's attorney, extending the time to plead twenty days, and defendant's attorneys craved oyer of the bond which was served by plaintiff's attorney nine days after stipulation; held, that defendant was bound to plead within the time prescribed by the *stipulation;* the time did not run twenty days *from the time of the service of oyer.*

*June Term*, 1846.

MOTION by defendant to set aside default and subsequent proceedings, for irregularity.

On the 21st day of March, 1846, declaration was served. On the 10th of April, plaintiff's attorney gave defendant's attorneys a stipulation extending the time to plead twenty days from the 10th of April. On the 9th of April defendant's attorneys craved oyer of the bond upon which the suit was brought, and on the 18th April oyer of the bond was served

on defendant's attorneys.   On the 2d May plaintiff's attorney entered defendant's default for not pleading.   On the 8th ot May defendant's attorneys filed plea and served copy on plaintiff's attorney, who refused to receive it, for the reason that he had entered defendant's default.

Defendant's counsel insisted that the default was irregular; that defendant had twenty days to plead from the time of service of oyer.

> GEO. WOODMAN, *defendant's counsel.*
> RODGERS & WOODMAN, *defendant's attorneys.*
> PETER Y. CUTLER, *plaintiff's counsel and attorney.*

JEWETT, Justice.   Held, that defendant was bound by the stipulation, and should have pleaded in twenty days from that time; the service of oyer afterwards did not extend the time to plead; default was regular.   Motion denied with costs without prejudice.